# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No.** |
| **TOWN OF BROOKLINE, et al.,** ) | |
| **Defendants** ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature: | |
| Name (printed): | Brian Bergeron |
| Home Address: | |
| City,State,Zip: | Dedham, MA, 02026 |
| Home Tel No: | |
| Social Security No.: | |
| Current Assignment: | Lieutenant |
| Dates of Employment: | May 12, 2010 - Present |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No.** |
| **TOWN OF BROOKLINE, et al.,** ) | |
| **Defendants** ) | |

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature: | |
| Name (printed): | Paul B Trahan |
| Home Address: | |
| City,State,Zip: | Dedham Ma 02026 |
| Home Tel. No: | |
| Social Security No.: | |
| Current Assignment: | Fire Lieutenant Ladder 2 |
| Dates of Employment: | 12/10/1984 to date |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
                  Plaintiffs )
v. )
                            )     C.A. No. 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
                  Defendants )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _Alvy Loden_

Name (printed) _Alexander Loden_

Home Address _____

City,State,Zip _Boston, MA 02124_

Home Tel No _____

Social Security No _____

Current Assignment _Firefighter_

Dates of Employment. _04 / 01 / 2019_

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al., ) | |
| Plaintiffs ) | |
| v. ) | |
| ) | C.A. No. 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., ) | |
| Defendants ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature. _____

Name (printed) _____

Home Address _____

City,State,Zip _____

Home Tel No _____

Social Security No _____

Current Assignment _____

Dates of Employment _____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
                     Plaintiffs )
v. )
                              )    C.A. No. 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
                     Defendants )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer  The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature

Name (printed)    Scott Greider

Home Address

City,State,Zip    Newburyport, MA   01950

Home Tel No

Social Security No

Current Assignment    Fire Department Captain - Station 1

Dates of Employment    5/10/10 - Current

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
           **Plaintiffs** )
v. )
            ) **C.A. No.** 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
           **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature            _____

Name (printed)     Kyle Ward

Home Address      _____

City,State,Zip       Boston, MA, 02122

Home Tel No       _____

Social Security No    _____

Current Assignment  Fire Department Station 1

Dates of Employment  03/2017 - Current

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRIAN BERGERON, et al., ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No.** 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., ) | |
| **Defendants** ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _Jam Kaplan_ |
| Name (printed) | _Jam Kaplan_ |
| Home Address | |
| City,State,Zip | _Norwood Ma 02062_ |
| Home Tel No· | |
| Social Security No | |
| Current Assignment | _Station 1_ |
| Dates of Employment | _4/1/19 - Current_ |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al., | ) |
| **Plaintiffs** | ) |
| **v.** | ) |
| | )    **C.A. No.** 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., | ) |
| **Defendants** | ) |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | *Mi lkgA* |
| Name (printed) | Michael Harrington |
| Home Address | |
| City,State,Zip | Brookline, MA 0240? |
| Home Tel No | - |
| Social Security No. | |
| Current Assignment: | Engine 1 |
| Dates of Employment: | 9/14/15 — Present |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al., ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No. 1:23-cv-12934** |
| TOWN OF BROOKLINE, et al., ) | |
| **Defendants** ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _Bruce Phok (signature)_ |
| Name (printed) | Bruce Phok |
| Home Address | |
| City, State, Zip | Brookline, MA, 02446 |
| Home Tel No | |
| Social Security No | |
| Current Assignment | Firefighter |
| Dates of Employment | 2/14/11 |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No.** 1:23-cv-12934 |
| **TOWN OF BROOKLINE, et al.,** ) | |
| **Defendants** ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature:

Name (printed) TYLER CHU

Home Address:

City,State,Zip CHESTNUT HILL , MA , 02467

Home Tel No

Social Security No.:

Current Assignment: LADDER 2 , STATION 1 , GROUP 1

Dates of Employment. 2/14/2022 — PRESENT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No.** 1:23-cv-12934 |
| **TOWN OF BROOKLINE, et al.,** ) | |
| **Defendants** ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _____

Name (printed) _____Paul D. brow_____

Home Address _____

City,State,Zip _____West Roxbury MA 02157_____

Home Tel. No. _____

Social Security No · _____

Current Assignment _____Fire Fighter_____

Dates of Employment _____05/12/10 — Current_____

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al.,       )<br>                   Plaintiffs    )<br>**v.**                        )<br>                       )<br>**TOWN OF BROOKLINE, et al.,**  )<br>                   Defendants   ) | **C.A. No. 1:23-cv-12934** |

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _Tm Hungt_ |
| Name (printed) | _Thomas D Harrington_ |
| Home Address· | _—_ |
| City, State, Zip | _Brookline, MA, 02467_ |
| Home Tel. No | |
| Social Security No | ~~[redacted]~~ |
| Current Assignment. | _FF Ladder 2 Group 2_ |
| Dates of Employment | _10/31/22 - Present_ |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
           **Plaintiffs** )
v. )
            ) **C.A. No.** 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
           **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature         _Kn___ _Le_____

Name (printed).    _Kenneth George Labonte_____

Home Address      _____

City,State,Zip       _Amesbury, MA, 01913_____

Home Tel No       _____

Social Security No ·   _____

Current Assignment  _Engine 1 Group 2_____

Dates of Employment  _05/01/2019 - Present_____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al.,        ) | |
|             **Plaintiffs**    ) | |
| **v.**                      ) | |
|                       ) | **C.A. No.** 1:23-cv-12934 |
| **TOWN OF BROOKLINE, et al.,**   ) | |
|            **Defendants**    ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _Brendan O'Connor_ |
| Name (printed). | _Brendan O'Connor_ |
| Home Address | |
| City,State,Zip | _Brookline, Ma 02115_ |
| Home Tel No | |
| Social Security No | |
| Current Assignment | _Firefighter_ |
| Dates of Employment | _8/20/12 - Present_ |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al., ) | |
| Plaintiffs ) | |
| v. ) | |
| ) | C.A. No.  1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., ) | |
| Defendants ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present.  I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer.  Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer.  The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims.  The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature·  _____

Name (printed)  Paul Buckley

Home Address  _____

City,State,Zip  Dover , MA  02030

Home Tel  No  _____

Social Security No  _____

Current Assignment  Fire Fighter

Dates of Employment  02/14/21 → Present

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No.** 1:23-cv-12934 |
| **TOWN OF BROOKLINE, et al.,** ) | |
| **Defendants** ) | |

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature· | *Matt McMahon* |
| Name (printed) | *Matthew McMahon* |
| Home Address. | |
| City,State,Zip | *Boston, MA, 02446* |
| Home Tel No | |
| Social Security No | |
| Current Assignment | *Fire Fighter* |
| Dates of Employment | *4/3/2017 to present* |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRIAN BERGERON, et al., | ) |
|            **Plaintiffs** | ) |
| **v.** | ) |
| | )   **C.A. No.** 1:23-cv-12934 |
| **TOWN OF BROOKLINE, et al.,** | ) |
|            **Defendants** | ) |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA

| | |
|---|---|
| Signature | *[signature]* |
| Name (printed) | BRIAN PENDER |
| Home Address | |
| City,State,Zip | BOSTON, MA 02132 |
| Home Tel No· | |
| Social Security No | |
| Current Assignment | TEMPORARY LIEUTENANT, LADDER 2 GROUP 2 |
| Dates of Employment | 09/05/17 — PRESENT |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** )<br>**Plaintiffs** )<br>**v.** )<br> )<br>**TOWN OF BROOKLINE, et al.,** )<br>**Defendants** ) | **C.A. No.** 1:23-cv-12934 |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _____

Name (printed): _Robert W. Nelson_

Home Address _____

City,State,Zip: _Westwood, MA. 02090_

Home Tel No _____

Social Security No : _____

Current Assignment _Deputy Chief Gr. 2_

Dates of Employment _October 3, 1988_

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRIAN BERGERON, et al., | ) |
| Plaintiffs | ) |
| v. | ) |
| | )     C.A. No. 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., | ) |
| Defendants | ) |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _John Clancy_ |
| Name (printed) | _John Clancy_ |
| Home Address | |
| City,State,Zip | _Braintree MA 02184_ |
| Home Tel. No | |
| Social Security No | |
| Current Assignment | _Lieutenant_ |
| Dates of Employment. | _8/2002 — present_ |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
          **Plaintiffs** )
**v.** )
)    **C.A. No.** 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
          **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature. _Robert J. MacGregor_

Name (printed) _Robert J. MacGregor_

Home Address. ___

City,State,Zip _West Roxbury, MA. 02132_

Home Tel No ___

Social Security No. ___

Current Assignment _Fire Lieutenant_

Dates of Employment _August 13, 2001 - present_

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
| Plaintiffs ) | |
| **v.** ) | |
| ) | **C.A. No.** 1:23-cv-12934 |
| **TOWN OF BROOKLINE, et al.,** ) | |
| Defendants ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer  Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | *John McCarthy* |
| Name (printed) | *John McCarthy* |
| Home Address | |
| City,State,Zip | *West Roxbury MA 02133* |
| Home Tel  No | |
| Social Security No | |
| Current Assignment | *Firefighter* |
| Dates of Employment | *Aug. 13, 2001 — Present* |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al., ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No. 1:23-cv-12934** |
| TOWN OF BROOKLINE, et al., ) | |
| **Defendants** ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _(signature)_ |
| Name (printed) | Paul Cripe |
| Home Address | |
| City,State,Zip | Roslindale, MA 02131 |
| Home Tel. No | |
| Social Security No · | |
| Current Assignment | FF for Town of Brookline |
| Dates of Employment | Nov 1999 – Present |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
        **Plaintiffs** )
**v.** )
         ) **C.A. No.** 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
        **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Name (printed) _____Scott Hogan_____

Home Address. _____

City,State,Zip _____Walpole, MA 02081_____

Home Tel No: _____

Social Security No _____

Current Assignment _____Firefighter E-4 Gr 2_____

Dates of Employment _____5/12/10 - 12/2/23_____

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al., | ) |
| **Plaintiffs** | ) |
| **v.** | ) |
| | )    **C.A. No. 1:23-cv-12934** |
| TOWN OF BROOKLINE, et al., | ) |
| **Defendants** | ) |

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature. | _Thomas P Francis_ |
| Name (printed) | _Thomas Francis_ |
| Home Address | _____ |
| City,State,Zip | _Norwood MA 02067_ |
| Home Tel. No | _____ |
| Social Security No | _____ |
| Current Assignment | _FF E6, Gp 1_ |
| Dates of Employment· | _5/15/93 - Current_ |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al.,        )
            Plaintiffs         )
v.                             )
                               )    C.A. No. 1:23-cv-12934
TOWN OF BROOKLINE, et al.,     )
            Defendants         )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature.                _Thomas M_____

Name (printed):           Thomas Manning

Home Address

City,State,Zip:           Attleboro Falls    MA 02763

Home Tel. No:

Social Security No.

Current Assignment:       Fire Fighter

Dates of Employment:      11/22/04 — Present

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
          **Plaintiffs** )
v. )
           )   **C.A. No.** 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
          **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature· _____

Name (printed) _Alan Hewitt_____

Home Address _____

City,State,Zip _Bllet, MA  d c_____

Home Tel No _____

Social Security No _____

Current Assignment. _Lieut. Unit_____

Dates of Employment _1/17 - ... it_____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al.,  )
              **Plaintiffs**  )
v.  )
                )   **C.A. No.** 1:23-cv-12934
TOWN OF BROOKLINE, et al.,  )
              **Defendants**  )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA

Signature: _____

Name (printed) _____Christopher Marshall_____

Home Address _____

City,State,Zip _____Brookline , MA  02446_____

Home Tel No _____

Social Security No _____

Current Assignment _____Color 1  E1_____

Dates of Employment _____2/14/2022_____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
             **Plaintiffs** )
v. )
          ) **C.A. No. 1:23-cv-12934**
TOWN OF BROOKLINE, et al., )
             **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11ᵗʰ Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _____

Name (printed) _____Peter Z Moyer_____

Home Address __ _____

City,State,Zip _____Watertown___MA___02472____

Home Tel No· __ _____

Social Security No · _____

Current Assignment ___FF EMT Station One_____

Dates of Employment ___April 22ⁿᵈ 2014 until Present____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
           **Plaintiffs** )
v. )
            )    **C.A. No. 1:23-cv-12934**
TOWN OF BROOKLINE, et al., )
           **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer  The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature          _____

Name (printed)      Brendan Sullivan

Home Address.      _____

City,State,Zip       Franklin, Mass, 02038

Home Tel No.      _____

Social Security No   _____

Current Assignment  T/Deputy Chief Group 4

Dates of Employment·  2/6/06 – current

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al.,                          )
                **Plaintiffs**    )
v.                                               )
                                    )    **C.A. No.**  1:23-cv-12934
TOWN OF BROOKLINE, et al.,                        )
                **Defendants**    )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

       I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

       I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

       I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

       I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | *(signature)* |
| Name (printed) | Francis Mulkern |
| Home Address | |
| City,State,Zip | Boston, Ma, 02122 |
| Home Tel No | |
| Social Security No | |
| Current Assignment | Fire fyhter |
| Dates of Employment | 4/1/19 - Current |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
          Plaintiffs )
v. )
         )   **C.A. No.** 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
          Defendants )

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _____

Name (printed): _Nasir Khan_

Home Address _____

City,State,Zip _Westwood, MA 02090_

Home Tel No _____

Social Security No: _____

Current Assignment _Lietentant_

Dates of Employment _1/1/08_

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
                **Plaintiffs** )
v. )
                 )   **C.A. No. 1:23-cv-12934**
TOWN OF BROOKLINE, et al., )
                **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _Olivia Gail Mosquera_

Name (printed) _Olivia Gail Mosquera_

Home Address.

City,State,Zip _Needham , MA   02494_

Home Tel No _____

Social Security No _____

Current Assignment _Fire-Fighter_

Dates of Employment _April 1st 2019 - Current_

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
          **Plaintiffs** )
**v.** )
           )    **C.A. No. 1:23-cv-12934**
TOWN OF BROOKLINE, et al., )
          **Defendants** )

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _____

Name (printed) _Ethan Ilene else Smith_____

Home Address _____

City,State,Zip _Ashland MA, 01701_____

Home Tel No _____

Social Security No _____

Current Assignment _Firefighter_____

Dates of Employment _2/14/2022_____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No. 1:23-cv-12934** |
| **TOWN OF BROOKLINE, et al.,** ) | |
| **Defendants** ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA?

| | |
|---|---|
| Signature. | |
| Name (printed) | _Nicholas Frenen_ |
| Home Address | |
| City,State,Zip | _Needham Ma 02494_ |
| Home Tel. No | |
| Social Security No. | |
| Current Assignment | _Fire Fighter_ |
| Dates of Employment | _November 7, 2021_ |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
          **Plaintiffs** )
v. )
           ) **C.A. No. 1:23-cv-12934**
TOWN OF BROOKLINE, et al., )
          **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature            _Dennis McMahon_

Name (printed)·    _Dennis McMahon_

Home Address·

City, State, Zip      _Chestnut Hill, MA, 02467_

Home Tel No

Social Security No·    _Y_

Current Assignment    _Firefighter_

Dates of Employment    _2/14/22 - Present_

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al.,       )
          **Plaintiffs**    )
**v.**                    )
                    )    **C.A. No.**  1:23-cv-12934
**TOWN OF BROOKLINE, et al.,**  )
          **Defendants**    )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _____

Name (printed) _____ Thomas Joseph Harrington ____

Home Address _____

City,State,Zip _____ Norwood MA 02062 ____

Home Tel No _____

Social Security No _____

Current Assignment _____ Firefighter ____

Dates of Employment _____ 4/5/2017 ____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al.,        ) | |
|                 **Plaintiffs**   ) | |
| **v.**                          ) | |
|                          ) | **C.A. No.** 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al.,    ) | |
|               **Defendants**      ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _____

Name (printed)· _____ James Kirby Jr _____

Home Address _____

City,State,Zip _____ Newbury Port Ma 01950 _____

Home Tel. No _____

Social Security No _____

Current Assignment _____ #1 Fire fighter _____

Dates of Employment _____ 8-20-12 — Present _____

| | |
|---|---|
| **BRIAN BERGERON, et al.,** )<br> **Plaintiffs** )<br> **v.** )<br> )<br> **TOWN OF BROOKLINE, et al.,** )<br> **Defendants** ) | **C.A. No.** 1:23-cv-12934 |

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _Karl Knef_ |
| Name (printed) | _Karl Knef_ |
| Home Address | |
| City,State,Zip | _Chestnut Hill , MA 02467_ |
| Home Tel No | — |
| Social Security No · | — |
| Current Assignment | _Fire Suppression_ |
| Dates of Employment | _8/13/13 to Current_ |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
          **Plaintiffs** )
**v.** )
          )     **C.A. No.** 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
          **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _____

Name (printed) _____ David A Randolph _____

Home Address _____

City,State,Zip _____ Acton MA 01720 _____

Home Tel No _____

Social Security No _____

Current Assignment _____ Deputy Chief _____

Dates of Employment _____ 8 13-01 → Pres.t _____

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRIAN BERGERON, et al., | ) |
| **Plaintiffs** | ) |
| **v.** | ) |
|  | )    **C.A. No.** 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., | ) |
| **Defendants** | ) |

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _Robert Amendola_ |
| Name (printed) | _Robert Amendola_ |
| Home Address | _____ |
| City,State,Zip | _Walpole MA 02081_ |
| Home Tel No | _____ |
| Social Security No | _____ |
| Current Assignment | _Fire Fighter_ |
| Dates of Employment | _July 5 2015 - present_ |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
|       **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No.** 1:23-cv-12934 |
| **TOWN OF BROOKLINE, et al.,** ) | |
|       **Defendants** ) | |

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

     I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

     I authorize the law firm of Sandulli, Grace, P.C , 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

     I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

     I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature. | *Thomas Joy* |
| Name (printed) | *Thomas Joy* |
| Home Address | |
| City,State,Zip: | *Duxbury MA 02332* |
| Home Tel No | |
| Social Security No : | |
| Current Assignment | *Fire Fighter* |
| Dates of Employment | *5 - 12 - 10* |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
          **Plaintiffs** )
**v.** )
           )    **C.A. No. 1:23-cv-12934**
TOWN OF BROOKLINE, et al., )
          **Defendants** )

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

      I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

      I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

      I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

      I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _____

Name (printed)   Eric Numu

Home Address _____

City,State,Zip   Newi A MA   02062

Home Tel. No _____

Social Security No. _____

Current Assignment   Firefighter

Dates of Employment   4/2/19

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al.,       )
           **Plaintiffs**    )
**v.**                         )
                        )    **C.A. No. 1:23-cv-12934**
TOWN OF BROOKLINE, et al.,    )
           **Defendants**    )

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer  The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature            _____

Name (printed)       _Todd Cancor_____

Home Address      _____

City,State,Zip       _Milton MA 02186_____

Home Tel  No       _____

Social Security No    _____

Current Assignment   _Fire Prevention_____

Dates of Employment  _July 12, 2004 to Present_____

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRIAN BERGERON, et al., ) | |
| **Plaintiffs** ) | |
| v. ) | |
| ) | C.A. No. 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., ) | |
| **Defendants** ) | |

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Name (printed) MATTHEW SHATICIN

Home Address _____

City,State,Zip HYDE PARK , MA 02136

Home Tel No _____

Social Security No _____

Current Assignment LIEUTENANT

Dates of Employment 8/13 → PRESENT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRIAN BERGERON, et al., )
                **Plaintiffs** )
v. )
                      )     **C.A. No.** 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
                **Defendants** )

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

    I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

    I authorize the law firm of Sandulli, Grace, P.C , 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

    I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

    I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature            _____

Name (printed)    _Craig Campagna_____

Home Address    _____

City,State,Zip     _Westwood, MA 02090_____

Home Tel. No     _____

Social Security No  _____

Current Assignment _Fire Prevention Lieutenant_____

Dates of Employment: _6/13/2004_____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al., | ) |
| **Plaintiffs** | ) |
| v. | ) |
| | ) **C.A. No.** 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., | ) |
| **Defendants** | ) |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _JEC_ |
| Name (printed) | Paul Canney |
| Home Address | |
| City,State,Zip | Stoneham, MA  02180 |
| Home Tel No | |
| Social Security No | |
| Current Assignment | FIRE CAPTAIN |
| Dates of Employment | November 8, 1999 - current |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No.  1:23-cv-12934** |
| **TOWN OF BROOKLINE, et al.,** ) | |
| **Defendants** ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature       _Brian Mulkern (signature)_

Name (printed)  _Brendan Mulkern_

Home Address    _____

City,State,Zip  _Boston, Ma  02122_

Home Tel No     _____

Current Assignment  _Brookline Fire  E-5_

Dates of Employment _____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No.** 1:23-cv-12934 |
| **TOWN OF BROOKLINE, et al.,** ) | |
| **Defendants** ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _____*Stephen O'Connor*_____

Name (printed) _____*Stephen O'Connor*_____

Home Address _____

City,State,Zip _____*Melrose, MA 02176*_____

Home Tel No _____

Current Assignment _____*Lt. ladder 1 Group 4*_____

Dates of Employment _____*2/6/2006 – present*_____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al., ) | |
| Plaintiffs ) | |
| v. ) | |
| ) | C.A. No. 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., ) | |
| Defendants ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C , 44 School Street, 11ᵗʰ Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature·

Name (printed)· Devn Ream

Home Address

City,State,Zip Holliston MA 01746

Home Tel. No

Current Assignment Brookline Fire

Dates of Employment 2/5/13 - Present

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No.** 1:23-cv-12934 |
| **TOWN OF BROOKLINE, et al.,** ) | |
| **Defendants** ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | *Ryan Buckley* |
| Name (printed) | Ryan Buckley |
| Home Address | |
| City,State,Zip | Brookline Ma 02445 |
| Home Tel No | |
| Current Assignment. | Brookline Fire |
| Dates of Employment | 1/1/14 — Present |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al.,      )
         **Plaintiffs**      )
**v.**      )
     )    **C.A. No.** 1:23-cv-12934
TOWN OF BROOKLINE, et al.,      )
         **Defendants**      )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

     I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

     I authorize the law firm of Sandulli, Grace, P C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

     I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

     I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature      _Z C_

Name (printed)      _Timothy Avercs_

Home Address

City,State,Zip      _Needham, MA 02492_

Home Tel No·

Current Assignment      _Captain, E5_

Dates of Employment      _4|14 - present_

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** )<br>  **Plaintiffs** )<br>**v.** )<br>  )<br>**TOWN OF BROOKLINE, et al.,** )<br>  **Defendants** ) | **C.A. No.** 1:23-cv-12934 |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present  I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer.  Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer.  The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims.  The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _____

Name (printed) ____ Xavier  Petter _____

Home Address ___ _____

City,State,Zip __Brookline, MA, 02446_____

Home Tel  No ___ _____

Current Assignment: __Firefighter_____

Dates of Employment _____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No. 1:23-cv-12934** |
| **TOWN OF BROOKLINE, et al.,** ) | |
| **Defendants** ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _by MWyhr_ |
| Name (printed) | _Roy Hopkins_ |
| Home Address | _____ |
| City,State,Zip | _Boston, Ma, 02135_ |
| Home Tel No | _____ |
| Current Assignment | _Fire Fighter_ |
| Dates of Employment. | _____ |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al., ) | |
| Plaintiffs ) | |
| v. ) | |
| ) | **C.A. No.** 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., ) | |
| Defendants ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _William Smith_

Name (printed) _William Smith_

Home Address _____

City,State,Zip _West Roxbury, MA, 02132_

Home Tel No: _____

Current Assignment _Firefighter_

Dates of Employment _9/5/2017_

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** <br>          **Plaintiffs** <br> **v.** <br> <br> **TOWN OF BROOKLINE, et al.,** <br>          **Defendants** | ) <br> ) <br> ) <br> )    **C.A. No.** 1:23-cv-12934 <br> ) <br> ) <br> ) |

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

     I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

     I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

     I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

     I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | |
| Name (printed): | Sean Fields |
| Home Address | |
| City,State,Zip | Framingham, MA 01702 |
| Home Tel No. | |
| | |
| Current Assignment | Firefighter |
| Dates of Employment: | 02/2006 — now |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
                **Plaintiffs** )
v. )
               ) **C.A. No.** 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
                **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature· _____

Name (printed)    Keith Harrington

Home Address _____

City,State,Zip    Hingham    MA    C 2043

Home Tel No _____

Current Assignment    Eng 5

Dates of Employment:    01 b7 l 08

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRIAN BERGERON, et al., | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) C.A. No. 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., | ) |
| Defendants | ) |

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature

Name (printed): _JUSTIN AUFIERO_

Home Address

City,State,Zip: _NASHUA, NH 03060_

Home Tel No

Current Assignment _FIREFIGHTER_

Dates of Employment _MAY 2010  Oct 2020, JAN 2023 - PRESENT_

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
                    Plaintiffs )
v. )
                              )    C.A. No. 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
                    Defendants )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _William S Dik Jr_

Name (printed) _William E Spindle Jr_

Home Address _____

City,State,Zip _Norwood, MA, 02062_

Home Tel. No· _____

Current Assignment _E-5 G 2_

Dates of Employment _2/14/21_

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No.** 1:23-cv-12934 |
| **TOWN OF BROOKLINE, et al.,** ) | |
| **Defendants** ) | |

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _Andy Carvalho_ |
| Name (printed) | Andy Carvalho |
| Home Address· | |
| City,State,Zip | Fall River, MA 02720 |
| Home Tel No | |
| – | |
| Current Assignment | Lieutenant |
| Dates of Employment. | November 2014 — PRESENT |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al., | ) |
| **Plaintiffs** | ) |
| v. | ) |
| | ) **C.A. No.** 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., | ) |
| **Defendants** | ) |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _(signature)_ |
| Name (printed) | Greyson Russell |
| Home Address | Watertown, MA 02472, APT# 763 |
| City,State,Zip | |
| Home Tel No | |
| Current Assignment | Firefighter |
| Dates of Employment | 04/13/17 — now |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
          Plaintiffs )
v. )
           )    C.A. No. 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
          Defendants )

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

    I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

    I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

    I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

    I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _Junior B. Camille_

Name (printed) _Boliere Junior Camille_

Home Address _____

City,State,Zip _BROOKLINE, MA, 02446_

Home Tel No _____

Current Assignment _Firefighter_

Dates of Employment _September 15, 2015_

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** | ) |
| **Plaintiffs** | ) |
| **v.** | ) |
| | ) **C.A. No. 1:23-cv-12934** |
| **TOWN OF BROOKLINE, et al.,** | ) |
| **Defendants** | ) |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _____

Name (printed) _____Brian Kepley_____

Home Address _____

City,State,Zip _____Boston, MA, 02131_____

Home Tel No _____

Current Assignment _____Firefighter_____

Dates of Employment: _____04/01/19 Present_____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No.** 1:23-cv-12934 |
| **TOWN OF BROOKLINE, et al.,** ) | |
| **Defendants** ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Name (printed) SPENCER MACWILLIAMS

Home Address _____

City, State, Zip BROOKLINE MA

Home Tel. No _____

_____

Current Assignment FIRE FIGHTER

Dates of Employment: 2015 - PRESENT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
     **Plaintiffs** )
**v.** )
     )   **C.A. No.** 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
     **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

   I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

   I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

   I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

   I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _____

Name (printed). _____Andrew Bluestin_____

Home Address _____

City,State,Zip _____Brookline MA 02446_____

Home Tel No. _____


Current Assignment· _____Fire Lt._____

Dates of Employment _May 2018 -Present_____

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRIAN BERGERON, et al., | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) **C.A. No.** 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., | ) |
| Defendants | ) |

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present  I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer.  Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer.  The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims  The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _(signature)_ |
| Name (printed) | RYAN MONAHAN |
| Home Address | |
| City,State,Zip | N CHELMSFORD  MA  01863 |
| Home Tel  No. | |
| Current Assignment | Firefighter |
| Dates of Employment | 5/19/03 |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al., | ) |
| **Plaintiffs** | ) |
| **v.** | ) |
| | )    **C.A. No.** 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., | ) |
| **Defendants** | ) |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _Aaron Cecil_ |
| Name (printed) | _Aaron Cecil_ |
| Home Address | |
| City,State,Zip | _Brookline, MA_ |
| Home Tel No | |
| | |
| Current Assignment | _Fire Fighter_ |
| Dates of Employment | _2017 – Present_ |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
                  **Plaintiffs** )
v. )
                                    )     **C.A. No. 1:23-cv-12934**
TOWN OF BROOKLINE, et al., )
                  **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Name (printed) _____JOSHUA J DELVECCHIO_____

Home Address _____

City, State, Zip _____CHESTNUT HILL MA 02467_____

Home Tel No _____

Current Assignment _____STATION 5 / E5_____

Dates of Employment: _____10/31/22 — PRESENT_____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al.,<br>    Plaintiffs<br>v.<br><br>TOWN OF BROOKLINE, et al.,<br>    Defendants | )<br>)<br>)<br>)    C.A. No. 1:23-cv-12934<br>)<br>)<br>) |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _____

Name (printed) _____Justin Robinson_____

Home Address _____

City,State,Zip ____ ( A. H.s. MA 1 Z0Z (

Home Tel No _____

Current Assignment _____Brookln Fvc )hngin 5_____

Dates of Employment _____Dec. 1997 - b present_____

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRIAN BERGERON, et al., | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) C.A. No. 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., | ) |
| Defendants | ) |

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C , 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA

Signature· _David K McCann_

Name (printed) _DAVID K McCANN_

Home Address

City,State,Zip _WALPOLE , MA 02081_

Home Tel No

Current Assignment _FIREFIGHTER/EMT STA 6_

Dates of Employment _DEC 97 - PRESENT_

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
Plaintiffs )
)
v. )
) C.A. No. 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
Defendants )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA

Signature·

Name (printed)· Joseph Mandra

Home Address.

City,State,Zip· Reading , MA 01867

Home Tel No·

Current Assignment Fire fighter

Dates of Employment. 2/6/06 — present

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al., | ) |
| **Plaintiffs** | ) |
| **v.** | ) |
| | ) **C.A. No.** 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., | ) |
| **Defendants** | ) |

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Name (printed): Francis Mahoney

Home Address· _____

City,State,Zip· Franklin MA 02038

Home Tel. No: _____

Current Assignment: Fire Fighter

Dates of Employment 2015 - Present

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
               **Plaintiffs** )
v. )
                         )    **C.A. No.** 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
               **Defendants** )

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

      I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

      I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

      I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

      I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA

Signature·     _JCMY_

Name (printed)  _Fredyhick Johnston_

Home Address:

City,State,Zip:  _Norwell MA 02061_

Home Tel. No:

Current Assignment  _Fire Fighter_

Dates of Employment  _Nov 04 To Present_

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
            **Plaintiffs** )
v. )
             )     **C.A. No. 1:23-cv-12934**
TOWN OF BROOKLINE, et al., )
            **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA

Signature·

Name (printed)·    Francis M Differ

Home Address.

City,State,Zip·    Middleboro Ma. 02346

Home Tel. No:

Current Assignment·    Station 5  Group 2  L1

Dates of Employment    5/13/2010

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al., | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) **C.A. No. 1:23-cv-12934** |
| TOWN OF BROOKLINE, et al., | ) |
| Defendants | ) |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature·

Name (printed)  David Munoz

Home Address.

City,State,Zip·

Home Tel. No:

Current Assignment·  Firefighter

Dates of Employment  May 2003-present

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** )<br>Plaintiffs )<br>v. )<br> )<br>**TOWN OF BROOKLINE, et al.,** )<br>Defendants ) | C.A. No. 1:23-cv-12934 |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA

Signature: _Kevin Francis_

Name (printed) _Kevin J. Francis_

Home Address

City, State, Zip _Norfolk, MA 02056_

Home Tel No:

Current Assignment _Fire Captain - Ladder 1_

Dates of Employment _7/9/90 - present_

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
              **Plaintiffs** )
v. )
          )     **C.A. No. 1:23-cv-12934**
TOWN OF BROOKLINE, et al., )
             **Defendants** )

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature·

Name (printed)      Ned Stevens

Home Address:

City,State,Zip:      Essex Ma 01929

Home Tel. No:

Current Assignment·      Fire Fighter

Dates of Employment      November 2004

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
          **Plaintiffs** )
v. )
           )   **C.A. No.** 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
          **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Name (printed): _____ GLENN VITORINO _____

Home Address: _____

City, State, Zip: YARMOUTH PORT MA 02675

Home Tel. No: _____

Current Assignment: BROOKLINE FIRE DEPT STATION 5 LADDER

Dates of Employment: DECEMBER 1997 to PRESENT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
              **Plaintiffs** )
v. )
               )    **C.A. No. 1:23-cv-12934**
TOWN OF BROOKLINE, et al., )
              **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature·

Name (printed)·   Edward D. Gilbert Jr.

Home Address.

City,State,Zip·   Londonderry, NH 03053

Home Tel. No:

Current Assignment·   T/Lt Brookline Fire

Dates of Employment.   10/2012-Current

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al.,      )
            **Plaintiffs**     )
**v.**                  )
                   )    **C.A. No.** 1:23-cv-12934
**TOWN OF BROOKLINE, et al.,** )
            **Defendants**    )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature:

Name (printed): Frank Bowen

Home Address: Brookline MA 02445

City, State, Zip:

Home Tel. No:

Current Assignment: Firefighter

Dates of Employment 11/2008

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
              Plaintiffs )
v. )
                               ) C.A. No. 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
              Defendants )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _David McNeily_ |
| Name (printed) | _DAVID McNeily_ |
| Home Address | |
| City, State, Zip. | _McClellG MA  02, 3_ |
| Home Tel No. | |
| Social Security No | |
| Current Assignment | _STA, E  Group  2_ |
| Dates of Employment. | _Jun /  2003,_ |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
                Plaintiffs )
v. )
                 )   C.A. No. 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
                Defendants )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

      I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

      I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer  The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

      I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

      I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature·       _____

Name (printed)     _Conor  Monahan_____

Home Address     _____

City,State,Zip.     _North Attleboro, MA  02760___

Home Tel  No     _____

Social Security No   _____

Current Assignment _E4 Group 1_____

Dates of Employment _August 2013 – Present____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** | ) |
| **Plaintiffs** | ) |
| **v.** | ) |
| | ) **C.A. No.** 1:23-cv-12934 |
| **TOWN OF BROOKLINE, et al.,** | ) |
| **Defendants** | ) |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _James F Clinton_ |
| Name (printed) | _James F Clinton_ |
| Home Address | _____ |
| City,State,Zip | _Brookline MA_ |
| Home Tel. No | _____ |
| Social Security No | _____ |
| Current Assignment | _Station 6 Group 1_ |
| Dates of Employment | _July 2001 - Present_ |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
           **Plaintiffs** )
v. )
            )    **C.A. No. 1:23-cv-12934**
TOWN OF BROOKLINE, et al., )
           **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature

Name (printed)     Stephen / Lutzelschwerb colis)

Home Address

City,State,Zip     Brighton MA, 02135

Home Tel No

Social Security No

Current Assignment

Dates of Employment

| | |
|---|---|
| BRIAN BERGERON, et al., | ) |
| **Plaintiffs** | ) |
| v. | ) |
| | ) C.A. No. 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., | ) |
| **Defendants** | ) |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature. | *(signature)* |
| Name (printed) | Robert J Radic |
| Home Address | |
| City,State,Zip | ) wansea , MA , 02777 |
| Home Tel No | |
| Social Security No | |
| Current Assignment | E 4 |
| Dates of Employment | 11/17/14 |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No. 1:23-cv-12934** |
| **TOWN OF BROOKLINE, et al.,** ) | |
| **Defendants** ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | *Scott A McEachern* |
| Name (printed) | *SCOTT M EACHERN* |
| Home Address· | _____ |
| City,State,Zip | *DEDHAM MA 0x0x6* |
| Home Tel. No | _____ |
| Social Security No . | _____ |
| Current Assignment | *Fire fighter STATion 4 Group 1* |
| Dates of Employment | *11-8/999* |

| | |
|---|---|
| BRIAN BERGERON, et al.,<br>             **Plaintiffs**<br>**v.**<br><br>**TOWN OF BROOKLINE, et al.,**<br>             **Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>) |

**C.A. No.** 1:23-cv-12934

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

     I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

     I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

     I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

     I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature. _____

Name (printed) _Gary Chin_____

Home Address _____

City,State,Zip _Quincy      MA, 02169_____

Home Tel No _____

Social Security No _____

Current Assignment _Fire Fighter for the town of Brookline Group 4 Station 4_

Dates of Employment _____

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRIAN BERGERON, et al., ) <br> Plaintiffs ) <br> v. ) <br> ) <br> TOWN OF BROOKLINE, et al., ) <br> Defendants ) | C.A. No. 1:23-cv-12934 |

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Name (printed) _____

Home Address. _____

City,State,Zip _____

Home Tel No _____

Social Security No. _____

Current Assignment _____

Dates of Employment _____

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
                  **Plaintiffs** )
v. )
                         )     C.A. No. 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
                  **Defendants** )

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C , 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature. _____

Name (printed)· _____ MARCUS PAES _____

Home Address _____

City,State,Zip: _____ CHESTNUT HILL, MA 02467 _____

Home Tel. No: _____

Social Security No · _____

Current Assignment _____ FIREFIGHTER _____

Dates of Employment: _____ 11/2008 — PRESENT _____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
           Plaintiffs )
v. )
            )    **C.A. No.** 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
           Defendants )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C , 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _____

Name (printed) _____

Home Address· _____

City,State,Zip· _____

Home Tel No _____

Social Security No _____

Current Assignment· _____

Dates of Employment· _____

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
          **Plaintiffs** )
**v.** )
           ) **C.A. No. 1:23-cv-12934**
**TOWN OF BROOKLINE, et al.,** )
          **Defendants** )

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _C. _____

Name (printed) _CHRISTOPHER WAGNER_

Home Address _____

City,State,Zip _Hyde Park, MA_____

Home Tel. No _____

Social Security No _____

Current Assignment _Private_____

Dates of Employment: _MAY 2010 —_____

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No. 1:23-cv-12934** |
| **TOWN OF BROOKLINE, et al.,** ) | |
| **Defendants** ) | |

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | |
| Name (printed) | Daniel P. Teahan |
| Home Address | |
| City,State,Zip | Dedham MA 02026 |
| Home Tel. No | |
| Social Security No. | |
| Current Assignment | Fire lieutenant Brookline Fire Department |
| Dates of Employment | November 2004 |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No.** 1:23-cv-12934 |
| **TOWN OF BROOKLINE, et al.,** ) | |
| **Defendants** ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | |
| Name (printed) | Michael Cummings |
| Home Address | |
| City,State,Zip | Walpole, MA 02081 |
| Home Tel No: | |
| Social Security No | |
| Current Assignment | T/Lt |
| Dates of Employment. | 09/2017 – Present |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al.,     )
               Plaintiffs   )
\.                        )
                        )     C.A. No. 1:23-cv-12934
TOWN OF BROOKLINE, et al.,  )
              Defendants  )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature.

Name (printed)· _James Joseph Ward_

Home Address

City,State,Zip. _Peabody, MA 01960_

Home Tel. No:

Social Security No.

Current Assignment _Firefighter Group 3_

Dates of Employment: _April 2020 - Present_

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al., | ) |
| **Plaintiffs** | ) |
| **v.** | ) |
| | )    C.A. No. 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., | ) |
| **Defendants** | ) |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer  Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA

| | |
|---|---|
| Signature | |
| Name (printed) | Brendan Folds |
| Home Address | |
| City,State,Zip | Framingham MA 01701 |
| Home Tel No | |
| Social Security No | |
| Current Assignment: | Engine 4 |
| Dates of Employment | Jan 2008 — |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
           **Plaintiffs** )
v. )
            )    **C.A. No. 1:23-cv-12934**
TOWN OF BROOKLINE, et al., )
           **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature.

Name (printed): _Fritz J von Lambsdorff_

Home Address

City,State,Zip _Waltham, MA 02453_

Home Tel. No:

Social Security No

Current Assignment _Firefighter on E-4 Group 2 at Station 4_

Dates of Employment: _May 2003 - Present_

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRIAN BERGERON, et al., <br>         **Plaintiffs** <br> v. <br><br> TOWN OF BROOKLINE, et al., <br>         **Defendants** | )<br>)<br>)<br>)   **C.A. No.** 1:23-cv-12934<br>)<br>) |

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | |
| Name (printed) | Jonathan Ross |
| Home Address. | |
| City,State,Zip | Salem, MA 01970 |
| Home Tel No | |
| Social Security No · | |
| Current Assignment | E-4 |
| Dates of Employment | 8/20/2012 – present |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al., | ) |
| **Plaintiffs** | ) |
| v. | ) |
| | ) **C.A. No.** 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., | ) |
| **Defendants** | ) |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | |
| Name (printed) | David Nelson, |
| Home Address | |
| City,State,Zip. | Canton, MA 02001 |
| Home Tel. No. | |
| Social Security No | |
| Current Assignment | Station 4 - 24 |
| Dates of Employment | 5/12/2010 — Present |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No.** 1:23-cv-12934 |
| **TOWN OF BROOKLINE, et al.,** ) | |
| **Defendants** ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C , 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature· | |
| Name (printed) | John D Bianchi Jr |
| Home Address | |
| City,State,Zip | Brookline MA 02467 |
| Home Tel No· | |
| Social Security No | |
| Current Assignment | Fire fighter |
| Dates of Employment | 02/14/2022 |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** )<br> **Plaintiffs** )<br> **v.** )<br> )<br> **TOWN OF BROOKLINE, et al.,** )<br> **Defendants** ) | **C.A. No.** 1:23-cv-12934 |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit

I authorize the law firm of Sandulli, Grace, P.C , 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _Robert Jason Gould_ (signature) |
| Name (printed) | Robert Jason Gould |
| Home Address | __ |
| City, State, Zip | Canton MA, 02021 |
| Home Tel No | __ |
| Social Security No | |
| Current Assignment | Firefighter |
| Dates of Employment | 9/13/2001 |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
                    Plaintiffs )
v. )
                                  )   C.A. No. 1:23-cv-12934
TOWN OF BROOKLINE, et al., )
                    Defendants )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _____

Name (printed) _DAVID P. MORSE VR_____

Home Address _____

City,State,Zip _CHESTNUT HILL   MA  02467_____

Home Tel. No _____

Social Security No _____

Current Assignment _FIRE FIGHTER_____

Dates of Employment _8/24/2012_____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al.,      )
           **Plaintiffs**     )
**v.**                     )
                     )     **C.A. No. 1:23-cv-12934**
**TOWN OF BROOKLINE, et al.,**  )
           **Defendants**    )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11ᵗʰ Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature _____

Name (printed) _Francis J Tarantino Jr_____

Home Address _____

City,State,Zip _Marshfield Ma  02050_____

Home Tel No _____

Social Security No _____

Current Assignment _Brookline Fire Station 7 Group 4_____

Dates of Employment _7/12/2004 — Present_____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
                **Plaintiffs** )
v. )
                 )    **C.A. No. 1:23-cv-12934**
TOWN OF BROOKLINE, et al., )
                **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

    I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

    I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

    I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

    I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature·

Name (printed)    David Lwongco-Guerydia

Home Address

City,State,Zip    Brookline

Home Tel. No

Social Security No

Current Assignment·    Brookline Fire station 7, Group 4

Dates of Employment    04/06/17 - Present.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| ) | **C.A. No. 1:23-cv-12934** |
| **TOWN OF BROOKLINE, et al.,** ) | |
| **Defendants** ) | |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | *Marcos Renderos* |
| Name (printed) | Marcos Antonio Renderos |
| Home Address | |
| City,State,Zip | WAlPolE MASS 02081 |
| Home Tel No. | |
| Social Security No. | |
| Current Assignment | Engine 3 Station #7 Brookline Fire Dept |
| Dates of Employment | 04/22/2014 — Present |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al.,        )
           **Plaintiffs**        )
v.                        )
                        )    **C.A. No.** 1:23-cv-12934
TOWN OF BROOKLINE, et al.,     )
           **Defendants**        )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature      _Braden Ward_

Name (printed):      _Braden Ward_

Home Address

City,State,Zip      _Canton, MA 02021_

Home Tel No

Social Security No

Current Assignment      _Firefighter, Engine #3, Station #7_

Dates of Employment      _8-20-2012 — 11-29-2023_
                             _(Current)_

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al., | ) |
| **Plaintiffs** | ) |
| **v.** | ) |
| | ) **C.A. No.** 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., | ) |
| **Defendants** | ) |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _Joseph Strascio_ |
| Name (printed). | _Joseph Strascio_ |
| Home Address | — |
| City,State,Zip | _Norwood, MA, 02062_ |
| Home Tel No | — |
| Social Security No | — |
| Current Assignment | _Engine 3_ |
| Dates of Employment | _1/8/2008 — present_ |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRIAN BERGERON, et al., | ) |
| **Plaintiffs** | ) |
| **v.** | ) |
| | )    C.A. No. 1:23-cv-12934 |
| TOWN OF BROOKLINE, et al., | ) |
| **Defendants** | ) |

### CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _Walter G. [signature]_ |
| Name (printed) | Walter G. Francis |
| Home Address | |
| City,State,Zip | Springfield, MA 01104 |
| Home Tel No: | |
| Social Security No : | |
| Current Assignment | Brookline Fire Station 7, Group 3 |
| Dates of Employment | 01/12/2004 through present |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN BERGERON, et al.,** | ) |
| **Plaintiffs** | ) |
| **v.** | ) |
| | ) **C.A. No.** 1:23-cv-12934 |
| **TOWN OF BROOKLINE, et al.,** | ) |
| **Defendants** | ) |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature: | |
| Name (printed) | Thomas Teixeira |
| Home Address | |
| City, State, Zip | Fall River Ma 02720 |
| Home Tel. No | |
| Social Security No : | |
| Current Assignment. | Engine One |
| Dates of Employment· | November 2014 |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al., )
               **Plaintiffs** )
v. )
                     )    **C.A. No. 1:23-cv-12934**
TOWN OF BROOKLINE, et al., )
              **Defendants** )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

| | |
|---|---|
| Signature | _J. Maunsell_ |
| Name (printed): | _Grainne Maunsell_ |
| Home Address | |
| City,State,Zip | _Brookline, MA, 02446_ |
| Home Tel No | |
| Social Security No : | |
| Current Assignment. | _FIRE FIGHTER_ |
| Dates of Employment | _2-14-22  - Present_ |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN BERGERON, et al., | ) |
| **Plaintiffs** | ) |
| v. | ) |
| | )      C.A. No. |
| TOWN OF BROOKLINE, et al., | ) |
| **Defendants** | ) |

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature:

Name (printed):

Home Address:

City,State,Zip:

Home Tel. No:

Social Security No.

Current Assignment:

Dates of Employment.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRIAN BERGERON, et al.,      )
            **Plaintiffs**    )
**v.**                   )
                  )     **C.A. No.**
TOWN OF BROOKLINE, et al.,    )
            **Defendants**    )

## CONSENT TO JOIN ACTION AS PARTY PLAINTIFF

I am (or was) a firefighter, fire lieutenant, fire captain, or deputy chief (circle one) in the Brookline Fire Department during the period from December 2020 to the present. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in the above captioned lawsuit.

I authorize the law firm of Sandulli, Grace, P.C., 44 School Street, 11th Floor, Boston, MA 02108, to represent me as counsel with respect to all claims under the FLSA, and other related laws that I may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to my above-named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA

Signature·

Name (printed):    James Goff

Home Address.

City,State,Zip·    Dedham MA 02026

Home Tel. No:

Social Security No.

Current Assignment:    Firefighter

Dates of Employment:    4/3/2017 — present