EXHIBIT C

DISTRIBUTION OF SETTLEMENT AMOUNT

|  | Last Name | First Name | Allocation |
|---|---|---|---|
| 1. | Bergeron | Brian | $949.79 |
| 2. | Trahon | Paul | $628.05 |
| 3. | Amendola | Robert | $461.74 |
| 4. | Aufiero | Justin | $0 |
| 5. | Anastas[1] | Timothy | $0 |
| 6. | Bianchi, Jr. | John D. | $0 |
| 7. | Boliere Junior | Camille | $3,730.31 |
| 8. | Bowen | Frank | $477.08 |
| 9. | Bluestein | Andrew | $2,801.41 |
| 10. | Buckley | Paul | $0 |
| 11. | Buckley | Ryan | $65.92 |
| 12. | Camille | Kevin | $506.89 |
| 13. | Campagna | Craig | $100.17 |
| 14. | Canney | Patrick | $2,934.71 |
| 15. | Canney | Paul | $1,167.08 |
| 16. | Cantor[2] | Todd | $0 |
| 17. | Carroll | Daniel | $0 |
| 18. | Carvalho | Andy | $2,047.81 |
| 19. | Cecil | Aaron | $363.79 |
| 20. | Chin | Gary | $2,629.60 |
| 21. | Chu | Tyler | $754.54 |
| 22. | Clinton | James F. | $4,011.12 |
| 23. | Coleman | Matthew | $0 |
| 24. | Commander | Michael | $1,266.05 |
| 25. | Cripe | Patricia (Patty) | $692.86 |
| 26. | Delvecchio | Joshua J. | $103.71 |
| 27. | Differ | Francis M. | $374.03 |
| 28. | Dubrow | Paul | $65.40 |
| 29. | Dumas | Eric | $348.45 |
| 30. | McEachern[3] | Scott | $2,170.54 |
| 31. | Feener[4] | Nicholas | $959.47 |
| 32. | Fields | Brendan | $0 |
| 33. | Fields | Sean | $0 |
| 34. | Francis | Kevin J. | $2,409.22 |
| 35. | Francis | Walter G. | $64.74 |

[1] Listed in complaint as Timothy Avestes
[2] Listed in complaint as Todd Canzor
[3] Listed in complaint as Scott M. Eachern
[4] Listed in complaint as Nicholas Feeney

| 36. | Francis[5] | Thomas | $1,932.84 |
|---|---|---|---|
| 37. | Gilbert, Jr. | Edward D | $2,816.75 |
| 38. | Gill | Lee | $849.81 |
| 39. | Goff | James | $25.21 |
| 40. | Gould | Peter Jason | $0 |
| 41. | Greider | Scott | $0 |
| 42. | Harrington | Keith | $0 |
| 43. | Harrington | Michael | $835.35 |
| 44. | Harrington | Thomas D. | $0 |
| 45. | Harrington | Thomas Joseph | $1,315.71 |
| 46. | Hogan | Scott | $0 |
| 47. | Hopkins | Roy | $3,312.62 |
| 48. | Hunte[6] | Alan | $2,158.86 |
| 49. | Hatzieleftheriadis[7] | Stephen | $40.70 |
| 50. | Inchierca, | Keith | $0 |
| 51. | Joseph | Jeremy | $1,583.68 |
| 52. | Johnson | William | $5,697.21 |
| 53. | Johnston | Frederick | $0 |
| 54. | Joy | Thomas | $98.75 |
| 55. | Kaplan | Sam | $0 |
| 56. | Keeley | Brian | $82.63 |
| 57. | Kelleher | Michael | $0 |
| 58. | Khan | Nasir | $580.67 |
| 59. | Kirby, Jr | James | $144.70 |
| 60. | Knauf[8] | Karl | $682.62 |
| 61. | Labonte | Kenneth George | $1,509.92 |
| 62. | Loden | Alexander | $1,106.53 |
| 63. | Luengas-Guayda[9] | David | $3,135.03 |
| 64. | MacWilliams | Spencer | $0 |
| 65. | Mahoney | Francis | $0 |
| 66. | Mahoney | Kevin | $0 |
| 67. | Manning | Thomas | $0 |
| 68. | Mandra | Joseph | $0 |
| 69. | Marshall | Christopher | $0 |
| 70. | Maunsell | Grainne | $0 |
| 71. | McCann[10] | David K | $0 |
| 72. | McCarthy | John | $0 |
| 73. | McGregor | Robert J. | $0 |
| 74. | McMahon | Dennis | $82.60 |

---

[5] Listed in complaint as Thomas Franus
[6] Listed in complaint as Alan Huite
[7] Listed in complaint as Stephen Hutzeloftheridis
[8] Listed in complaint as Karl Knaut
[9] Listed in complaint as David Luengon-Ondayder
[10] Listed twice in complaint, as David McAndi and David K. McCann

| 75. | McMahon | Matthew | $592.54 |
|---|---|---|---|
| 76. | Mitchell | Christopher | $272.38 |
| 77. | Monahan | Conor | $1,310.44 |
| 78. | Monahan | David | $0 |
| 79. | Monahan | Ryan | $3,350.20 |
| 80. | Morse[11] | David P. | $0 |
| 81. | Mosquesa | Olivia Gail | $216.22 |
| 82. | Moyer | Peter Z. | $433.20 |
| 83. | Mulkern | Brendan | $0 |
| 84. | Mulkern | Francis | $503.77 |
| 85. | Munoz | David | $0 |
| 86. | Nelson, | David | $6,570.86 |
| 87. | Nelson | Robert W. | $0 |
| 88. | O'Connor | Brendan | $74.09 |
| 89. | O'Connor | Stephen | $1,574.65 |
| 90. | O'Leary | John | $0 |
| 91. | Padeiro[12] | Robert J. | $0 |
| 92. | Paes | Marcus | $670.21 |
| 93. | Pender | Brian | $3,667.54 |
| 94. | Petter | Xavier | $656.44 |
| 95. | Phok | Bruce | $0 |
| 96. | Randolph | David A | $0 |
| 97. | Ream | Devin | $0 |
| 98. | Renderos | Marcos Antonio | $115.28 |
| 99. | Robinson | Justin | $0 |
| 100. | Ross | Jonathan | $0 |
| 101. | Russell | Grayson | $0 |
| 102. | Shatkin | Leah | $6,050.54 |
| 103. | Shatkin[13] | Matthew | $1,571.61 |
| 104. | Smith | Ethan Henderson | $0 |
| 105. | Smith | William | $695.08 |
| 106. | Spinale, Jr. | William | $0 |
| 107. | Stafford | Curtis | $389.31 |
| 108. | Stevens | Ned | $706.80 |
| 109. | Stroscio[14] | Joseph | $0 |
| 110. | Sullivan | Brendan | $6133.92 |
| 111. | Tarantino[15] | Francis J. | $1,632.86 |
| 112. | Teahan | Daniel P. | $1,766.87 |
| 113. | Teixeira | Thomas | $0 |
| 114. | Vitorino | Glenn | $1,026.19 |

---

[11] Listed in complaint as David P. Moror

[12] Listed in complaint as Robert J. Padrus

[13] Listed in complaint as Matthew Shatton

[14] Listed in complaint as Joseph Strosaio

[15] Listed in complaint as Francis Tarastive

C-4

| | | | |
|---|---|---|---|
| 115. | Wagner | Christopher | $0 |
| 116. | Ward | Brendan | $120.72 |
| 117. | Ward | James | $571.32 |
| 118. | Ward | Kyle | $383.10 |
| 119. | Waldron[16] | Linda | $471.41 |

---

[16] Listed in complaint as Linda Wilkins